# THOMAS C. SLEDJESKI & ASSOCIATES, P.L.L.C.

*ATTORNEYS AT LAW*
18 First Street, P.O. Box 479
Riverhead, New York 11901-0401
(631) 727-1515
FAX(631) 727-7693

THOMAS C. SLEDJESKI
BRIAN A. ANDREWS

March 16, 2010

<u>*Via ECF filing*</u>

Honorable Judge Thomas Boyle
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722-4448

      RE:    **Robinson v. Troyan (Town of Riverhead)**
               **CV 07-4846** (JS) (ETB)

Dear Honorable Justice Boyle:

      I had a telephone conversation with plaintiff's counsel, Irving Singer, on this date and it has been agreed that the matter has been settled in the amount of $10,000.00, subject to the receipt of closing documents to be executed by Mr. Robinson. In that he has recently been transferred to the Suffolk County Correctional Facility in Riverhead, and Mr. Singer has had the opportunity to visit him there and discuss this matter with him at length, this should be able to take place in the near future.

      As a result of this, there is no need for a settlement conference. Thank you for your kind attention and efforts in this matter.

                                              Respectfully submitted,
                                                    /s/
                                                THOMAS C. SLEDJESKI

TCS/cdl
cc via ECF
Irving Singer, Esq.
Attorney for Plaintiff