# THOMAS C. SLEDJESKI & ASSOCIATES, P.L.L.C.

*ATTORNEYS AT LAW*
18 First Street, P.O. Box 479
Riverhead, New York 11901-0401
(631) 727-1515
FAX(631) 727-7693

THOMAS C. SLEDJESKI
BRIAN A. ANDREWS

June 10, 2010

<u>*Via ECF filing and regular mail*</u>

Honorable E.Thomas Boyle
United States District Court Magistrate
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722-4448

      RE:    **Robinson v. Troyan (Town of Riverhead)**
               **CV 07-4846** (JS) (ETB)

Dear Honorable Justice Boyle:

      I have reviewed your recent order and would like to respond as follows, in light of a correspondence I had received of which I am attaching. Upon review of the correspondence, I was advised by Mr. Robinson that he had discharged his attorney of record, Irving Singer. A correspondence followed to Mr. Singer's attention with this letter as well. A copy of this is also attached.

      Apparently, this correspondence never reached Your Honor's attention which led to the recent order. I respectfully submit that it was my impression that the court had been duly notified by Mr. Robinson of his intentions and that we were awaiting further notification regarding additional activity based upon his representations.

      I believe that prior to making any additional appearances on this matter, it must be properly determined whether or not Mr. Robinson is, in fact, now appearing as his own attorney, if he properly disengaged Mr. Singer, or has potentially retained additional counsel, of which I have certainly not been notified. I believe if we can address these threshold issues, we will know in which direction this matter will proceed.

**Robinson v. Troyan (Town of Riverhead)**

Thank you for your kind attention and consideration of this request.

    Respectfully submitted,

    /s/

    THOMAS C. SLEDJESKI

TCS/cdl
Encl.

*cc: via  ECF and/or regular mail*

Irving Singer, Esq.
Attorney for Plaintiff
223 Fulton Avenue
Hempstead, New York 11550

William Robinson/Prisoner No.: 202028
Suffolk County Correctional Facility
110 Center Drive
Riverhead, New York 11901