Case 2:07-cv-04846-ETB  Document 42  Filed 06/22/10  Page 1 of 1 PageID #: 77

Mr. Sledjeski,

I pray all is well with you and your firm. I'm writing in regards to CASE # 07-CV-4846, CASE NAME: Robinson-v-Troyan. Federal rules state that when I, the plaintiff, wish to amend my complaint, I MUST get the consent of the adverse party in writing. At one of the video conferences, that I attended, while in Sing Sing, Magistrate E. Thomas Boyle did the calculation and stated on record that I have (3) years to file. So, that will put the deadline, to file the amended complaint, at the month of November 2010 (Nov. 20, 2010 to be exact). Also, you don't have to get in touch with Mr. Singer, my so-called attorney, because he is being dismissed off the case. Some things are so transparent. Anyway, I await the consent in writing to amend. Have a wonderful day, I'll see you around".

yours truly,

William Robinson

#202028

IN CLERK'S OFFICE
DISTRICT COURT E D N Y
★  JUN 22 2010  ★
LONG ISLAND OFFICE