**CAMPOLO, MIDDLETON & McCORMICK, LLP**
3340 VETERANS HIGHWAY, SUITE 400
BOHEMIA, NEW YORK 11716
(631) 738-9100
FAX (631) 738-0659
www.cmmllp.com

July 14, 2011

Honorable Joanna Seybert
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

                                          **Re: Robinson v. Troyan**
                                          **Docket #: CV-07-4846**

Dear Judge Seybert:

     As you know, both Plaintiff and I have consented to have this case tried by Magistrate Boyle as a result of you graciously allowing discovery at this stage of the case.

     Also, as you know, I have provided Plaintiff's counsel with a DVD of the incident that resulted in the bringing of this lawsuit.

     Recently, I was contacted by a Newsday reporter concerning this matter. My fear is that this DVD would be provided to the media, including Newsday which is owned by Cablevision. Because Newsday is owned by Cablevision, it would not be a stretch to imagine this DVD coming into the hands of News 12, the local Long Island news channel.

     I believe that this would have the potential of having a significant impact on the potential jury pool in connection with this matter.

   I would ask that Your Honor issue a gag order with respect to disclosing and/or disseminating the DVD and its contents to any news media outlet.

   Thank you.

                 Very truly yours,

                 **CAMPOLO, MIDDLETON & McCORMICK, LLP**

                 By: _/s/ Scott D. Middleton_
                 **Scott D. Middleton, Esq.**

SDM/kf

cc: Brian M. Dratch, Esq.
   Franzblau Dratch, P.C.
   Plaza One
   354 Eisenhower Parkway
   P.O. Box 472
   Livingston, NJ 07039-0472