UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
**WILLIAM GARY ROBINSON,**     Case #: 2:07-cv-04846-JS-ETB

              **Plaintiff,**

                                                                         **DEFENDANT'S**
        **- against -**     **EXHIBIT LIST**

**PETER TROYAN,**

              **Defendant.**
------------------------------------------------------------------------x

**Defendant's Exhibits to be Introduced at Trial**

Exhibit A -    Transcript of Plaintiff's arraignment of February 7, 2007

Exhibit B -    Transcript of Plaintiff's sentencing of December 14, 2007

Exhibit C -    Diagram of Town of Riverhead Justice Court

Exhibit D -    Town of Riverhead Justice Court calendar from February 7, 2007

Exhibit E -    Plaintiff's Criminal Disposition Record for:
       November 13, 1991 Guilty Plea to Penal Law Section 160.10
       November 26, 2007 Guilty Plea to Penal Law 205.25, Promoting Prison Contraband
       November 26, 2007 Guilty Plea to Penal Law Section 265.01, Criminal Possession of a Weapon
       November 15, 2007 Guilty Plea to Penal Law Section 22.30, Criminal Sale of a Controlled Substance

Dated:  Bohemia, New York
       November 3, 2011

                                                                       /S/_____
                                                   **SCOTT D. MIDDLETON, ESQ.**
                                                   **CAMPOLO, MIDDLETON**
                                                   **& McCORMICK, LLP**
                                                   Attorneys for Defendant
                                                 3340 Veterans Memorial Highway
                                                 Suite 400
                                                 Bohemia, New York 11716
                                                 (631) 738-9100

**To:** **Brian M. Dratch, Esq.**
**Franzblau Dratch, P.C.**
Plaza One
354 Eisenhower Parkway
P.O. Box 472
Livingston, NJ 07039-0472