UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
WILLIAM GARY ROBINSON,

                                Plaintiff(s),

                                                <u>ORDER</u>

             -against-                                    CV 07-4846 (ETB)

PETER TROYAN,

                                Defendant(s).
------------------------------------------------------------------------X

      This action having been settled, the Clerk is directed to close the file.


**SO ORDERED:**

Dated: Central Islip, New York
       November 8, 2011

                                                    <u>/s/ E. Thomas Boyle</u>
                                                    E. THOMAS BOYLE
                                                    United States Magistrate Judge